Fill in this information to identify the case:

Debtor name: **Hilliard Hotels, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abbie Huer 11754 US Route 127 West Manchester, OH 45382 | | Wages | | | | $0.00 |
| Addison Kaylor 113 N. Highland Avenue, Apt. 3D Sidney, OH 45365 | | Wages | | | | $0.00 |
| AES Ohio P.O. Box 2631 Dayton, OH 45401-2631 | | Utility Service | | | | $4,859.26 |
| Alane Bertsch 812 Ferree Place Sidney, OH 45365 | | Wages | | | | $0.00 |
| Amanda Young 400 Buckeye Avenue Sidney, OH 45365 | | Wages | | | | $0.00 |
| Aunt Millies/Perfection Bakery 350 Pearl Street Fort Wayne, IN 46802 | | Trade Debt | | | | $224.24 |
| Brenda Fischbach 8629 Patterson Halpin Road Sidney, OH 45365 | | Wages | | | | $0.00 |
| CenterPoint Energy P.O. Box 4849 Houston, TX 77210 | | Utility Service | | | | $0.00 |
| City of Sidney 201 W. Poplar Street Sidney, OH 45365 | | Sales Tax | | | | $13,666.62 |

Debtor **Hilliard Hotels, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Emerson<br>Attn: Human Resources Department<br>800 West Florissant Avenue<br>Saint Louis, MO 63136 | | Trade Debt | | | | $98.53 |
| Heartland Food Products<br>P.O. Box 1147<br>Concordville, PA 19331 | | Trade Debt | | | | $4.95 |
| Hilton<br>755 Crossover Lane<br>Memphis, TN 38117 | | Franchise Fees | | | | $36,600.21 |
| IGEL<br>2040 Alum Creek Drive<br>Columbus, OH 43207 | | Trade Debt | | | | $1,343.81 |
| Innvite Hospitality Group, LLC<br>5955 E. Dublin Granville Road<br>New Albany, OH 43054 | | Payroll Advance | | | | $20,000.00 |
| Itria Ventures, LLC<br>1 Penn Plaza, Suite 3101<br>New York, NY 10119 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $1,334,920.00 |
| Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | | Sales Tax | | | | $16,513.83 |
| Onity, Inc.<br>4001 Fairview Industrial Drive SE<br>Salem, OR 97302 | | Trade Debt | Disputed | | | $41,840.30 |
| Sysco - Cincinnati<br>10510 Evendale Drive<br>Cincinnati, OH 45241 | | Trade Debt | | | | $2,024.18 |

Debtor **Hilliard Hotels, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration<br>200 W. Santa Boulevard, Suite 740<br>Santa Ana, CA 92701** | | **Economic Injury Disaster Loan** | | | | $2,325,327.06 |
| **Wilson Memorial Hospital<br>915 West Michigan Street<br>Sidney, OH 45365** | | **Accounts Receivable Overpayment** | | | | $2,472.17 |