**Fill in this information to identify the case:**

Debtor name      **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:23-bk-53045**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  2, 2023**          X */s/ Abhijit S. Vasani*
                                          Signature of individual signing on behalf of debtor

                                          **Abhijit S. Vasani**
                                          Printed name

                                          **President of InnVite Opco, Inc., sole Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Hilliard Hotels, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO__

Case number (if known) __**2:23-bk-53045**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $      **10,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      **381,802.59**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $      **11,181,802.59**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **7,514,091.31**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **67,479.53**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **3,870,415.05**

4. Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b    $      **11,451,985.89**

**Fill in this information to identify the case:**

Debtor name      **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)  **2:23-bk-53045**

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st Citizens Bank of Upper Sandusky** | **Checking** | **5964** | **$3,251.72** |
| 3.2. | **US Bank** | **Checking** | **9425** | **$67,124.59** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$70,376.31** |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Certificate of Deposit X404212- 1st Citizens Bank of Upper Sandusky. Collateral for Loan. EIDL Funds.** | **$250,000.00** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Hilliard Hotels, LLC** | Case number *(If known)* **2:23-bk-53045** |
|---|---|---|
| | Name | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$250,000.00** |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 12,515.79 | - | 0.00 | = .... | $12,515.79 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 6,258.59 | - | 1,043.10 | =.... | $5,215.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$17,731.28** |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| Debtor | **Hilliard Hotels, LLC** | | Case number *(if known)* **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Guest Rooms: Queen Beds, King Beds, Armed Chairs, Sofas, Dining Tables, Dining Chairs, Writing Desks, Desk Chairs, TVs, Refridgerators, Microwaves, Coffee Makers, TV Tables, Irons and Ironing Boards, Luggage Racks, Curtains, Frames, Mirrors, Hari Dryers, PTAC, Wallmounted Bedlights, Bedside Tables, and Clocks** | | **$0.00** | **$39,318.00** |

23. **Total of Part 5.** | **$39,318.00**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Meeting Room Furniture: Long Table, Tabloes, Chairs, Projector and TV** | **$0.00** | | **$538.00** |
| **Desk and Chairs** | **$0.00** | | **$81.00** |

| Debtor | **Hilliard Hotels, LLC** | Case number *(If known)* **2:23-bk-53045** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Lobby Furniture: Long High Table, Dining Tables, Dining Chairs, Sofas, TV, Guest Washer, Guest Dryer, and Phone System** | $0.00 | | $1,513.00 |

40.   **Office fixtures**

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and Printers** | $0.00 | | $380.00 |
| | **Three Ice Machines** | $0.00 | | $135.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | $2,647.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Laundry Room: Two Washers and Three Dryers** | $0.00 | | $1,400.00 |
| | **Fitness Room Equipment: Treadmill, Stair Climber, Exercise Bike, Dumbells, Balancing Ball, Medicine Balls, and Water Cooler** | $0.00 | | $330.00 |

| Debtor | **Hilliard Hotels, LLC** | Case number *(If known)* **2:23-bk-53045** |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,730.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1600 Hampton Court, Sidney, Ohio 45365. Appraised "as-is" value from February 3, 2022.** | Fee simple | $0.00 | Appraisal | $10,800,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$10,800,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| Debtor | **Hilliard Hotels, LLC** | Case number *(If known)* **2:23-bk-53045** |
| | Name | |

| | | **Current value of debtor's interest** |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential Causes of Action Against RSS WFCM2019-C50-OH W2G, LLC**

| Nature of claim | **Breach of Contract and Related Claims** |
| Amount requested | **$0.00** |

**Unknown**

**Potential Causes of Action against Janus Hotel Management Service, LLC**

| Nature of claim | |
| Amount requested | **$0.00** |

**Unknown**

**Potential Causes of Action Against Itria Ventures, LLC**

| Nature of claim | **Breach of Contract and Related Claims** |
| Amount requested | **$0.00** |

**Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Hilliard Hotels, LLC**                                    Case number *(If known)*  **2:23-bk-53045**
_____
Name

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $70,376.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $250,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,731.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,318.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,647.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,730.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $10,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $381,802.59 | + 91b. $10,800,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,181,802.59 |

**Fill in this information to identify the case:**

Debtor name      **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:23-bk-53045**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Hillside Maintenance Company**<br>Creditor's Name<br><br>**P.O. Box 133**<br>**Greensburg, IN 47240**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**1600 Hampton Court, Sidney, Ohio 45365. Appraised "as-is" value from February 3, 2022.**<br><br>Describe the lien<br>**Judgment Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $222.90 | $10,800,000.00 |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Shelby County Treasurer**
**2. RSS WFCM2019-C50-OH WG2, LLC**
**3. Hillside Maintenance Company**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **RSS WFCM2019-C50-OH WG2, LLC**<br>Creditor's Name<br><br>**200 South Biscayne Blvd., Suite 3550**<br>**Miami, FL 33131**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**1600 Hampton Court, Sidney, Ohio 45365. Appraised "as-is" value from February 3, 2022. All Asset UCC.**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | $7,460,758.00 | $10,800,000.00 |

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.3 | **Shelby County Treasurer** | Describe debtor's property that is subject to a lien | $53,110.41 | $10,800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1600 Hampton Court, Sidney, Ohio 45365. Appraised "as-is" value from February 3, 2022.** | | |

**Shelby County Annex, Floor 3**
**Sidney, OH 45365**

Creditor's mailing address

Describe the lien
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **U.S. Foods, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All Asset UCC** | | |

**98761 Collections Center Drive**
**Chicago, IL 60693**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,514,091.31 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Janus Hotel Management Service, LLC**<br>**Attn: Tom Moore**<br>**6001 Rockside Road**<br>**Independence, OH 44131** | Line  **2.2** | |
| **Tami Kirby, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**1 S. Main Street, Suite 1600**<br>**Dayton, OH 45402** | Line  **2.2** | |
| **Timothy Sell**<br>**100 East Court Street, 1st Floor**<br>**Sidney, OH 45365-4159** | Line  **2.3** | |
| **Walter Reynolds, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**1 S. Main Street, Suite 1600**<br>**Dayton, OH 45402** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:23-bk-53045**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abbie Huer**<br>**11754 US Route 127**<br>**West Manchester, OH 45382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Addison Kaylor**<br>**113 N. Highland Avenue, Apt. 3D**<br>**Sidney, OH 45365** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Hilliard Hotels, LLC** | | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Alane Bertsch** | *Check all that apply.* |
| | **812 Ferree Place** | ☐ Contingent |
| | **Sidney, OH 45365** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Amanda Young** | *Check all that apply.* |
| | **400 Buckeye Avenue** | ☐ Contingent |
| | **Sidney, OH 45365** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | **Brenda Fischbach** | *Check all that apply.* |
| | **8629 Patterson Halpin Road** | ☐ Contingent |
| | **Sidney, OH 45365** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,666.62** | **$13,666.62** |
|---|---|---|---|---|

| | **City of Sidney** | *Check all that apply.* |
| | **201 W. Poplar Street** | ☐ Contingent |
| | **Sidney, OH 45365** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred | Basis for the claim:
**Sales Tax**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,600.00** | **$0.00** |
|---|---|---|---|---|

**City of Sidney**
**201 W. Poplar Street**
**Sidney, OH 45365**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**August 2023 Hotel Lodging Tax (Estimated)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Crystal Francis**
**632 Folkerth Avenue, #62**
**Sidney, OH 45365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Doug Knipp**
**1293 6th Avenue**
**Sidney, OH 45365**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Eric Simmons**
**1173 Chevy Lane**
**Piqua, OH 45356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Hilliard Hotels, LLC** | | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harlie Swope**
**5518 Patterson Halpin Road**
**Sidney, OH 45365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,199.08** | **$7,199.08** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Corporate and FICA Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Martaya Alexander**
**1021 Stonyridge Avenue**
**Troy, OH 45373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Michelle Huer**
**11754 US Route 127**
**West Manchester, OH 45382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Hilliard Hotels, LLC** | | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

2.15 Priority creditor's name and mailing address
**Michelle Williams**
**829 Spruce Avenue**
**Sidney, OH 45365**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.16 Priority creditor's name and mailing address
**Ohio Department of Taxation**
**C/O Bankruptcy Division**
**30 East Broad Street, 21st Floor**
**Columbus, OH 43215**

As of the petition filing date, the claim is: **$16,500.00** **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**August 2023 Hotel Lodging Tax (Estimated)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.17 Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is: **$16,513.83** **$16,513.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.18 Priority creditor's name and mailing address
**Sara Fridley**
**712 Sounty Side Lane, Apt. 11**
**Sidney, OH 45365**

As of the petition filing date, the claim is: **Unknown** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
**A.C.E.**
**7715 Nothwest 22nd Avenue - 312**
**Miami, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt Expense During Receivership**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,168.45**

---

**3.2**

**Nonpriority creditor's name and mailing address**
**AES Ohio**
**P.O. Box 2631**
**Dayton, OH 45401-2631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,859.26**

---

**3.3**

**Nonpriority creditor's name and mailing address**
**Affordable Exterminating**
**100 Hawthorne Drive**
**Lima, OH 45805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt Expense During Receivership**

Is the claim subject to offset? ■ No  ☐ Yes

**$112.61**

---

**3.4**

**Nonpriority creditor's name and mailing address**
**AT Plus, LLC**
**P.O. Box 555**
**Sidney, OH 45365**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.5**

**Nonpriority creditor's name and mailing address**
**Aunt Millies/Perfection Bakery**
**350 Pearl Street**
**Fort Wayne, IN 46802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Negative Account Receivable**

Is the claim subject to offset? ■ No  ☐ Yes

**$224.24**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**CenterPoint Energy**
**P.O. Box 4849**
**Houston, TX 77210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$766.03**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Charter Communications**
**P.O. Box 6030**
**Carol Stream, IL 60197-6030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone and Internet Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,994.37**

---

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,986.78** |
|---|---|---|---|

**City of Sidney - Utility**
**201 W. Poplar Street**
**Sidney, OH 45365-2720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,319.76** |
|---|---|---|---|

**DeBra Kuempel**
**P.O. Box 701620**
**Cincinnati, OH 45270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,297.62** |
|---|---|---|---|

**DirectTV**
**P.O. Box 5006**
**Carol Stream, IL 60197-5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Television Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Donnellon McCarthy**
**10855 Medallion Drive**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.53** |
|---|---|---|---|

**Emerson**
**8000 West Florissany Avenue**
**Saint Louis, MO 63136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,124.44** |
|---|---|---|---|

**Epro Services**
**1491 Polaris Parkway, #217**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,800.63** |
|---|---|---|---|

**Hilton**
**755 Crossover Lane**
**Memphis, TN 38117**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Franchise Fees (Estimated)**

Last 4 digits of account number  **9737**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,343.81** |
|---|---|---|---|

**IGEL**
**2040 Alum Creek Drive**
**Columbus, OH 43207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Negative Account Receivable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,462.21** |
|---|---|---|---|

**Innvite Hospitality Group, LLC**
**5955 E. Dublin Granville Road**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334,920.00** |
|---|---|---|---|

**Itria Ventures, LLC**
**1 Penn Plaza, Suite 3101**
**New York, NY 10119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advances**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$852.64** |
|---|---|---|---|

**J K Landscaping**
**3297 St. Rt. 29 North**
**Sidney, OH 45365**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**
**Part of Expense During Receivership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.75** |
|---|---|---|---|

**Ohio Bureau of Workers' Compensation**
**Attn: Law Section Bankruptcy Unit**
**P.O. Box 15567**
**Columbus, OH 43215-0567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4847**

Basis for the claim:  **Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ohio Department of Job & Family Services**
**Revenue Recovery - Litigation**
**PO Box 182404**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ohio Secretary of State**
**180 E. Broad Street**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,840.30** |
|---|---|---|
| **Onity, Inc.** | ☐ Contingent | |
| **4001 Fairview Industrial Drive SE** | ☐ Unliquidated | |
| **Salem, OR 97302** | ☑ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number  **6966** | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396.41** |
|---|---|---|
| **Plasticard** | ☐ Contingent | |
| **P.O. Box 679814** | ☐ Unliquidated | |
| **Dallas, TX 75267** | ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.74** |
|---|---|---|
| **Plunketts Pest Control** | ☐ Contingent | |
| **40 52nd Way NE** | ☐ Unliquidated | |
| **Minneapolis, MN 55421** | ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Securities and Exchange Commission** | ☐ Contingent | |
| **175 West Jackson Blvd** | ☐ Unliquidated | |
| **Suite 900** | ☐ Disputed | |
| **Chicago, IL 60604** | | |
| Date(s) debt was incurred ___ | Basis for the claim:  **NOTICE ONLY** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|
| **Servicemaster** | ☐ Contingent | |
| **1524 E. 2nd Street** | ☐ Unliquidated | |
| **Dayton, OH 45403** | ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,494.47** |
|---|---|---|
| **Sysco - Cincinnati** | ☐ Contingent | |
| **10510 Evendale Drive** | ☐ Unliquidated | |
| **Cincinnati, OH 45241** | ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number  **3087** | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00** |
|---|---|---|
| **Turn Key Environmental** | ☐ Contingent | |
| **31 S. Main Street, Suite 214** | ☐ Unliquidated | |
| **Dayton, OH 45402** | ☐ Disputed | |
| Date(s) debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Hilliard Hotels, LLC** | Case number (if known) | **2:23-bk-53045** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,325,327.06 |
|---|---|---|---|

**U.S. Small Business Administration**
**200 W. Santa Boulevard, Suite 740**
**Santa Ana, CA 92701**

Date(s) debt was incurred  08/30/2020

Last 4 digits of account number  8210

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Economic Injury Disaster Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.77 |
|---|---|---|---|

**Uniguest**
**225 Kraft Drive**
**Nashville, TN 37230**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,472.17 |
|---|---|---|---|

**Wilson Memorial Hospital**
**915 West Michigan Street**
**Sidney, OH 45365**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Negative Account Receivable

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **K&L Gates, LLP**<br>**One Newark Center, 10th Floor**<br>**1085 Raymond Blvd.**<br>**Newark, NJ 07102** | Line  **3.14**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Michael B. Bach, Esq.**<br>**DeHaan & Bach, LPA**<br>**25 Whitney Drive, Suite 106**<br>**Milford, OH 45150** | Line  **3.22**<br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Noah M. Schottenstein, Esq.**<br>**DLA Piper LLP**<br>**1900 North Pearl St., Suite 2200**<br>**Dallas, TX 75201** | Line  **3.17**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line  **3.19**<br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line  **3.20**<br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line  **2.16**<br>☐ Not listed. Explain _____ | _ |

| Debtor | **Hilliard Hotels, LLC** | | Case number (if known) | **2:23-bk-53045** |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Ohio Attorney General**<br>**Attn: Bankruptcy Unit**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | Line **2.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Seidman & Pincus, LLC**<br>**777 Terrace Avenue, Suite 508**<br>**Hasbrouck Heights, NJ 07604** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **U.S. Attorney -- Columbus**<br>**303 Marconi Blvd, #200**<br>**Columbus, OH 43215** | Line **2.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **U.S. Attorney -- Dayton**<br>**602 Federal Building**<br>**200 West Second Street**<br>**Dayton, OH 45402** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line **2.12**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 67,479.53 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,870,415.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,937,894.58 |

**Fill in this information to identify the case:**

Debtor name        **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:23-bk-53045**

☐ Check if this is an
  amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement for Facility #19737** | |
| | State the term remaining | **9 Years** | **Hilton Franchise Holding LLC** |
| | List the contract number of any government contract | | **755 Crossover Lane** **Memphis, TN 38117** |

**Fill in this information to identify the case:**

Debtor name  **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)  **2:23-bk-53045**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abhijit Vasani** | **5955 E. Dublin Granville Road New Albany, OH 43054** | **U.S. Small Business Administration** | ☐ D ____ <br> ■ E/F __3.29__ <br> ☐ G ____ |
| 2.2 | **Abhijit Vasani** | **5955 E. Dublin Granville Road New Albany, OH 43054** | **Itria Ventures, LLC** | ☐ D ____ <br> ■ E/F __3.17__ <br> ☐ G ____ |
| 2.3 | **Bhavna Vasani** | **5955 E. Dublin Granville Road New Albany, OH 43054** | **Itria Ventures, LLC** | ☐ D ____ <br> ■ E/F __3.17__ <br> ☐ G ____ |
| 2.4 | **Buckeye Lodging, LLC** | **5955 E. Dublin Granville Road New Albany, OH 43054** | **Itria Ventures, LLC** | ☐ D ____ <br> ■ E/F __3.17__ <br> ☐ G ____ |
| 2.5 | **Dayton Hotels 2, LLC** | **5955 E. Dublin Granville Road New Albany, OH 43054** | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Hilliard Hotels, LLC** | | Case number *(if known)* | **2:23-bk-53045** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Dayton Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D   **2.2**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.7 | **Dayton Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |
| 2.8 | **Elite Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D   **2.2**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.9 | **Elite Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |
| 2.10 | **Innvite Hospitality Group, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |
| 2.11 | **Lancaster Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |
| 2.12 | **Oak Hills Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |
| 2.13 | **S&G Hospitality, Inc.** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D  ____<br>■ E/F   **3.17**<br>☐ G  ____ |

| Debtor | **Hilliard Hotels, LLC** | | Case number *(if known)* | **2:23-bk-53045** |

�" **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | **SMV Hotels, Inc.** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.15 | **Sunburst Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.16 | **Synergy Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.17 | **Tehrah Hospitality , LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.18 | **Welcome Group 2, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Welcome Group 2, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.20 | **Welcome Group, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Hilliard Hotels, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:23-bk-53045**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,215,230.35** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,933,212.16** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,075,819.01** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor   **Hilliard Hotels, LLC**                                          Case number *(if known)* **2:23-bk-53045**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **AES Ohio**<br>P.O. Box 2631<br>Dayton, OH 45401-2631 | 6/8/23;<br>7/12/23 | $10,387.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2. **AT&T ROC**<br>4513 Western Avenue, Room RMO<br>Lisle, IL 60532 | 6/16/23 | $21,373.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3. **Bamboo HR Payroll**<br>335 S. 560 West<br>Lindon, UT 84042 | 06/01/2023,<br>06/15/2023,<br>06/29/2023,<br>07/13/2023<br>07/27/2023,<br>08/10/2023 | $69,417.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Payroll__ |
| 3.4. **City of Sidney**<br>201 W. Poplar Street<br>Sidney, OH 45365 | 6/16/23;<br>7/13/23 | $23,017.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__Tax__ |
| 3.5. **City of Sidney - Utility**<br>201 W. Poplar Street<br>Sidney, OH 45365-2720 | 08/08/2023 | $7,986.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. **Jorge Martinez Perza**<br>1893 S. Champion Avenue<br>Columbus, OH 43207 | 6/7/23;<br>6/27/23;<br>7/27/23 | $48,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7. **JMP Remodeling Multiservices, LLC**<br>1893 Champion Avenue<br>Columbus, OH 43207 | 06/07/2023,<br>06/13/2023,<br>06/17/2023,<br>06/23/2023<br>07/05/2023,<br>07/13/2023,<br>07/17/2023,<br>07/27/2023<br>08/01/2023,<br>08/07/2023 | $149,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Debtor | Hilliard Hotels, LLC | Case number *(if known)* **2:23-bk-53045** |
| --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.8. | **Hilton**<br>**4649 Paysphere Circle**<br>**Chicago, IL 60674** | **6/9/23** | **$30,635.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Franchise Fees** |
| 3.9. | **Ohio Department of Taxation**<br>**C/O Bankruptcy Division**<br>**30 East Broad Street, 21st Floor**<br>**Columbus, OH 43215** | **6/23/23;**<br>**7/24/23** | **$27,603.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Tax** |
| 3.10. | **Paymentech**<br>**14211 N. Dallas Toll Way**<br>**Dallas, TX 75244** | **6/5/2023;**<br>**6/23/2023;**<br>**7/5/2023;**<br>**7/11/2023;**<br>**7/24/2023**<br>**8/3/2023** | **$16,136.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11. | **Sysco - Cincinnati**<br>**10510 Evendale Drive**<br>**Cincinnati, OH 45241** | **06/06/2023,**<br>**06/13/2023,**<br>**06/20/2023,**<br>**06/27/2023,**<br>**07/04/2023,**<br>**07/11/2023,**<br>**07/18/2023,**<br>**07/25/2023**<br>**08/01/2023** | **$10,194.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **U.S. Small Business Administration**<br>**200 W. Santa Boulevard, Suite 740**<br>**Santa Ana, CA 92701** | **7/10/23;**<br>**6/12/23** | **$19,946.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

Debtor   **Hilliard Hotels, LLC**    Case number *(if known)* **2:23-bk-53045**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Innvite Hospitality Group, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054**<br>**Management Company** | **09/01/22;**<br>**09/06/22;**<br>**09/20/22;**<br>**10/04/22;**<br>**10/18/22;**<br>**11/15/22;**<br>**11/23/22;**<br>**11/29/23;**<br>**12/07/22;**<br>**12/13/2212/2**<br>**7/22;**<br>**12/28/22;**<br>**01/10/23;**<br>**01/24/23;**<br>**02/07/23;**<br>**02/21/23;**<br>**03/07/23;**<br>**03/14/23;**<br>**03/21/2023;**<br>**04/04/23;**<br>**04/15/2023;**<br>**04/18/23;**<br>**05/02/2023;**<br>**05/09/2023;**<br>**05/10/20230;**<br>**5/16/2023;**<br>**05/30/2023;**<br>**06/01/2023;**<br>**06/13/2023;**<br>**06/27/2023;**<br>**06/30/2023;**<br>**07/11/2023;**<br>**07/25/23;**<br>**08/07/23;**<br>**08/08/23;**<br>**08/23/2023** | **$144,547.82** | **Management of Hotel** |
| 4.2.   **Innvite Hospitality Group, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054**<br>**Management Company** | **10/11/22;**<br>**6/27/23;**<br>**7/20/23** | **$60,633.96** | **Mobile Banking Transfers.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

| Debtor | **Hilliard Hotels, LLC** | Case number *(if known)* | **2:23-bk-53045** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Itria Ventures, LLC v Welcome Group, LLC, et al.**<br>**650527-2023** | **Civil** | **Supreme Court of NY, NY County**<br>**60 Centre Drive**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**2021CV05237** | **Civil** | **Montgomery County Common Pleas**<br>**41 N Perry Street**<br>**Dayton, OH 45402** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**CA 029655** | **Appeal** | **Second Appellate District of Ohio**<br>**41 N. Perry Street, 5th Floor**<br>**Dayton, OH 45422** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**CA 029869** | **Appeal** | **Second Appellate District of Ohio**<br>**41 N. Perry Street, 5th Floor**<br>**Dayton, OH 45422** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**2023 0545** | **Appeal** | **Supreme Court of Ohio**<br>**65 S. Front Street, 8th Floor**<br>**Columbus, OH 43215** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **RSS WFCM2019-C50-OH WG2, LLC**<br>**200 South Biscayne Blvd., Suite 3550**<br>**Miami, FL 33131** | **1600 Hampton Avenue, Sidney, Ohio** | **Unknown** |
| | **Case title**<br>**RSS WFM2019-C50-OH WG2, LLC v Welcome Gr** | **Court name and address**<br>**Montgomery County Common Pleas Court**<br>**41 N. Perry Street**<br>**Dayton, OH 45402** |
| | **Case number**<br>**2021CV05237** | |
| | **Date of order or assignment**<br>**August 4, 2023** | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Hilliard Hotels, LLC** | Case number *(if known)* | **2:23-bk-53045** |

---

| Part 5: | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomsen Law Group, LLC**<br>**140 North Main Street, Suite A**<br>**Springboro, OH 45066** | | **No Funds Receiver in the Year Prior to Petition Filing** | **$0.00** |
| | Email or website address<br>**dblasius@ihtlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Carpenter Lipps, LLP**<br>**280 North High Street, Suite 1300**<br>**Columbus, OH 43215** | **Provided for InnVite Opco, Inc.** | **12/23/22;1/3/23** | **$70,000.00** |
| | Email or website address<br>**beck@carpenterlipps.com** | | | |
| | Who made the payment, if not debtor?<br>**InnVite Hospitality Group, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Hilliard Hotels, LLC**                                      Case number *(if known)* **2:23-bk-53045**

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Innvite Hospitality Group,<br>LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from US Bank to Money Market<br>Account** | **9/7/22** | **$50,000.00** |
| | **Relationship to debtor**<br>**Management Company** | | | |
| 13.2. | **Welcome Group 2, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from US Bank Account**<br>**From from First Citizens Bank of Upper<br>Sandusky** | **1/19/23; 5/4/23** | **$18,600.00** |
| | **Relationship to debtor**<br>**Affiliate/Co-Debtor** | | | |
| 13.3. | **Dayton Hotels, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from US Bank Account**<br>**Funds from First Citizens Bank of Upper<br>Sandusky Account** | **1/9/23; 7/12/23;<br>7/19/23** | **$23,300.00** |
| | **Relationship to debtor**<br>**Affiliate/Co-Debtor** | | | |
| 13.4. | **Dayton Hotels 2, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from First Citizens Bank of Upper<br>Sandusky** | **1/19/23** | **$6,900.00** |
| | **Relationship to debtor**<br>**Affiliate/Co-Debtor** | | | |
| 13.5. | **Synergy Hotels, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from First Citizens Bank of Upper<br>Sandusky** | **8/15/23** | **$2,200.00** |
| | **Relationship to debtor**<br>**Affiliate/Co-Debtor** | | | |
| 13.6. | **InnVite Opco, Inc.**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from First Citizens Bank of Upper<br>Sandusky** | **7/18/22** | **$12,900.00** |
| | **Relationship to debtor**<br>**Member** | | | |
| 13.7. | **Lancaster Hospitality, LLC**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from First Citizens Bank of Upper<br>Sandusky** | **6/21/22** | **$8,199.04** |
| | **Relationship to debtor**<br>**Affiliate/Co-Debtor** | | | |

Debtor    **Hilliard Hotels, LLC**

Case number (if known)  **2:23-bk-53045**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8. | **S&G Hospitality, Inc.**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Funds from First Citizens Bank of Upper**<br>**Sandusky** | **9/20/22** | **$511,870.00** |
| | Relationship to debtor<br>**Affiliate/Co-Debtor** | | | |
| 13.9. | **Janus Hotel Management**<br>**Service, LLC**<br>**Attn: Tom Moore**<br>**6001 Rockside Road**<br>**Independence, OH 44131** | **Funds from Bank Account** | **08/16/2023** | **$91,315.10** |
| | Relationship to debtor<br>**Receiver** | | | |

**Part 7:**  **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

   **Customer information as part of franchise reservation systems with**
   **the franchise privacy policy**
   Does the debtor have a privacy policy about that information?
   □ No
   ■ Yes

17. **Within 6 months before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
   **profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

Debtor    **Hilliard Hotels, LLC**                                              Case number *(if known)* **2:23-bk-53045**

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | Hilliard Hotels, LLC | Case number *(if known)* | 2:23-bk-53045 |
|---|---|---|---|

**environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Contemporary Business Solutions**<br>**3791 Attucks Drive**<br>**Powell, OH 43065** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Contemporary Business Solutions**<br>**3791 Attucks Drive**<br>**Powell, OH 43065** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Hilliard Hotels, LLC**    Case number *(if known)*  **2:23-bk-53045**

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Abhijit Vasani | 5955 E. Dublin Granville Road New Albany, OH 43054 | President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Bhavna A Vasani | 5955 E. Dublin Granville Road New Albany, OH 43054 | Vice President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| InnVite Opco, Inc. | 5955 E. Dublin Granville Road New Albany, OH 43054 | Managing Member | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1 . | **Innvite Hospitality Group, LLC** 5955 E. Dublin Granville Road New Albany, OH 43054 | $205,181.78 | Various | Managment Services |
| | Relationship to debtor Management Company | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

| Debtor | Hilliard Hotels, LLC | Case number *(if known)* | 2:23-bk-53045 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  2, 2023**

**/s/ Abhijit S. Vasani**                                      **Abhijit S. Vasani**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President of InnVite Opco, Inc., sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes