| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hilliard Hotels, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | **2:23-bk-53045** |

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.C.E.<br>7715 Nothwest 22nd Avenue - 312<br>Miami, FL 33147 | | Trade Debt Expense During Receivership | Contingent<br>Disputed | | | $3,168.45 |
| AES Ohio<br>P.O. Box 2631<br>Dayton, OH 45401-2631 | | Utility Service | | | | $4,859.26 |
| Charter Communications<br>P.O. Box 6030<br>Carol Stream, IL 60197-6030 | | Telephone and Internet Services | | | | $1,994.37 |
| City of Sidney<br>201 W. Poplar Street<br>Sidney, OH 45365 | | Sales Tax | | | | $13,666.62 |
| City of Sidney<br>201 W. Poplar Street<br>Sidney, OH 45365 | | August 2023 Hotel Lodging Tax (Estimated) | Unliquidated | | | $13,600.00 |
| City of Sidney - Utility<br>201 W. Poplar Street<br>Sidney, OH 45365-2720 | | Water Utility Service | | | | $7,986.78 |
| DeBra Kuempel<br>P.O. Box 701620<br>Cincinnati, OH 45270 | | Trade Debt | | | | $12,319.76 |
| DirectTV<br>P.O. Box 5006<br>Carol Stream, IL 60197-5006 | | Television Services | | | | $1,297.62 |
| Donnellon McCarthy<br>10855 Medallion Drive<br>Cincinnati, OH 45241 | | Trade Debt | | | | $1,700.00 |

| Debtor | Hilliard Hotels, LLC | | Case number *(if known)* | **2:23-bk-53045** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hilton**<br>**755 Crossover Lane**<br>**Memphis, TN 38117** | | **Franchise Fees (Estimated)** | **Unliquidated Disputed** | | | **$109,800.63** |
| **IGEL**<br>**2040 Alum Creek Drive**<br>**Columbus, OH 43207** | | **Negative Account Receivable** | | | | **$1,343.81** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Corporate and FICA Tax** | **Disputed** | | | **$7,199.08** |
| **Itria Ventures, LLC**<br>**1 Penn Plaza, Suite 3101**<br>**New York, NY 10119** | | **Merchant Cash Advances** | **Contingent Unliquidated Disputed** | | | **$1,334,920.00** |
| **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216** | | **Sales Tax** | | | | **$16,513.83** |
| **Ohio Department of Taxation**<br>**C/O Bankruptcy Division**<br>**30 East Broad Street, 21st Floor**<br>**Columbus, OH 43215** | | **August 2023 Hotel Lodging Tax (Estimated)** | **Unliquidated** | | | **$16,500.00** |
| **Onity, Inc.**<br>**4001 Fairview Industrial Drive SE**<br>**Salem, OR 97302** | | **Trade Debt** | **Disputed** | | | **$41,840.30** |
| **Servicemaster**<br>**1524 E. 2nd Street**<br>**Dayton, OH 45403** | | **Trade Debt** | | | | **$3,000.00** |
| **Sysco - Cincinnati**<br>**10510 Evendale Drive**<br>**Cincinnati, OH 45241** | | **Trade Debt** | | | | **$7,494.47** |
| **U.S. Small Business Administration**<br>**200 W. Santa Boulevard, Suite 740**<br>**Santa Ana, CA 92701** | | **Economic Injury Disaster Loan** | | | | **$2,325,327.06** |

| Debtor | **Hilliard Hotels, LLC** | | Case number *(if known)* | **2:23-bk-53045** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilson Memorial Hospital**  **915 West Michigan Street**  **Sidney, OH 45365** | | **Negative Account Receivable** | | | | $2,472.17 |

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Hilliard Hotels, LLC**  
Debtor(s)

Case No. **2:23-bk-53045**  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of InnVite Opco, Inc., sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 2, 2023**

**/s/ Abhijit S. Vasani**
**Abhijit S. Vasani**/**President of InnVite Opco, Inc., sole Member**
Signer/Title

```
A.C.E.
7715 Nothwest 22nd Avenue - 312
Miami, FL 33147

Abbie Huer
11754 US Route 127
West Manchester, OH 45382

Abhijit Vasani
5955 E. Dublin Granville Road
New Albany, OH 43054

Addison Kaylor
113 N. Highland Avenue, Apt. 3D
Sidney, OH 45365

AES Ohio
P.O. Box 2631
Dayton, OH 45401-2631

Affordable Exterminating
100 Hawthorne Drive
Lima, OH 45805

Alane Bertsch
812 Ferree Place
Sidney, OH 45365

Amanda Young
400 Buckeye Avenue
Sidney, OH 45365

AT Plus, LLC
P.O. Box 555
Sidney, OH 45365

Aunt Millies/Perfection Bakery
350 Pearl Street
Fort Wayne, IN 46802

Bhavna Vasani
5955 E. Dublin Granville Road
New Albany, OH 43054

Brenda Fischbach
8629 Patterson Halpin Road
Sidney, OH 45365

Buckeye Lodging, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

CenterPoint Energy
P.O. Box 4849
Houston, TX 77210
```

```
Charter Communications
P.O. Box 6030
Carol Stream, IL 60197-6030

City of Sidney
201 W. Poplar Street
Sidney, OH 45365

City of Sidney - Utility
201 W. Poplar Street
Sidney, OH 45365-2720

Crystal Francis
632 Folkerth Avenue, #62
Sidney, OH 45365

Dayton Hotels 2, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Dayton Hotels, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

DeBra Kuempel
P.O. Box 701620
Cincinnati, OH 45270

DirectTV
P.O. Box 5006
Carol Stream, IL 60197-5006

Donnellon McCarthy
10855 Medallion Drive
Cincinnati, OH 45241

Doug Knipp
1293 6th Avenue
Sidney, OH 45365

Elite Hospitality, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Emerson
8000 West Florissany Avenue
Saint Louis, MO 63136

Epro Services
1491 Polaris Parkway, #217
Columbus, OH 43240

Eric Simmons
1173 Chevy Lane
Piqua, OH 45356
```

Harlie Swope
5518 Patterson Halpin Road
Sidney, OH 45365

Hillside Maintenance Company
P.O. Box 133
Greensburg, IN 47240

Hilton
755 Crossover Lane
Memphis, TN 38117

Hilton Franchise Holding LLC
755 Crossover Lane
Memphis, TN 38117

IGEL
2040 Alum Creek Drive
Columbus, OH 43207

Innvite Hospitality Group, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Itria Ventures, LLC
1 Penn Plaza, Suite 3101
New York, NY 10119

J K Landscaping
3297 St. Rt. 29 North
Sidney, OH 45365

Janus Hotel Management Service, LLC
Attn: Tom Moore
6001 Rockside Road
Independence, OH 44131

K&L Gates, LLP
One Newark Center, 10th Floor
1085 Raymond Blvd.
Newark, NJ 07102

Lancaster Hospitality, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Martaya Alexander
1021 Stonyridge Avenue
Troy, OH 45373

Michael B. Bach, Esq.
DeHaan & Bach, LPA
25 Whitney Drive, Suite 106
Milford, OH 45150

Michelle Huer
11754 US Route 127
West Manchester, OH 45382

Michelle Williams
829 Spruce Avenue
Sidney, OH 45365

Noah M. Schottenstein, Esq.
DLA Piper LLP
1900 North Pearl St., Suite 2200
Dallas, TX 75201

Oak Hills Hotels, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Ohio Attorney General
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Services
Revenue Recovery - Litigation
PO Box 182404
Columbus, OH 43218

Ohio Department of Taxation
C/O Bankruptcy Division
30 East Broad Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Ohio Secretary of State
180 E. Broad Street
Columbus, OH 43215

Onity, Inc.
4001 Fairview Industrial Drive SE
Salem, OR 97302

```
Plasticard
P.O. Box 679814
Dallas, TX 75267

Plunketts Pest Control
40 52nd Way NE
Minneapolis, MN 55421

RSS WFCM2019-C50-OH WG2, LLC
200 South Biscayne Blvd., Suite 3550
Miami, FL 33131

S&G Hospitality, Inc.
5955 E. Dublin Granville Road
New Albany, OH 43054

Sara Fridley
712 Sounty Side Lane, Apt. 11
Sidney, OH 45365

Securities and Exchange Commission
175 West Jackson Blvd
Suite 900
Chicago, IL 60604

Seidman & Pincus, LLC
777 Terrace Avenue, Suite 508
Hasbrouck Heights, NJ 07604

Servicemaster
1524 E. 2nd Street
Dayton, OH 45403

Shelby County Treasurer
Shelby County Annex, Floor 3
Sidney, OH 45365

SMV Hotels, Inc.
5955 E. Dublin Granville Road
New Albany, OH 43054

Sunburst Hotels, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Synergy Hotels, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Sysco - Cincinnati
10510 Evendale Drive
Cincinnati, OH 45241
```

Tami Kirby, Esq.
Porter Wright Morris & Arthur, LLP
1 S. Main Street, Suite 1600
Dayton, OH 45402

Tehrah Hospitality , LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Timothy Sell
100 East Court Street, 1st Floor
Sidney, OH 45365-4159

Turn Key Environmental
31 S. Main Street, Suite 214
Dayton, OH 45402

U.S. Attorney -- Columbus
303 Marconi Blvd, #200
Columbus, OH 43215

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

U.S. Foods, Inc.
98761 Collections Center Drive
Chicago, IL 60693

U.S. Small Business Administration
200 W. Santa Boulevard, Suite 740
Santa Ana, CA 92701

Uniguest
225 Kraft Drive
Nashville, TN 37230

Walter Reynolds, Esq.
Porter Wright Morris & Arthur, LLP
1 S. Main Street, Suite 1600
Dayton, OH 45402

Welcome Group 2, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

Welcome Group, LLC
5955 E. Dublin Granville Road
New Albany, OH 43054

```
Wilson Memorial Hospital
915 West Michigan Street
Sidney, OH 45365
```