Fill in this information to identify the case:

Debtor name: **Hilliard Hotels, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known): **2:23-bk-53045**

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.C.E. 7715 Nothwest 22nd Avenue - 312 Miami, FL 33147 | | Trade Debt Expense During Receivership | Contingent Disputed | | | $3,168.45 |
| AES Ohio P.O. Box 2631 Dayton, OH 45401-2631 | | Utility Service | | | | $4,859.26 |
| Charter Communications P.O. Box 6030 Carol Stream, IL 60197-6030 | | Telephone and Internet Services | | | | $1,994.37 |
| City of Sidney 201 W. Poplar Street Sidney, OH 45365 | | Sales Tax | | | | $13,666.62 |
| City of Sidney 201 W. Poplar Street Sidney, OH 45365 | | August 2023 Hotel Lodging Tax (Estimated) | Unliquidated | | | $13,600.00 |
| City of Sidney - Utility 201 W. Poplar Street Sidney, OH 45365-2720 | | Water Utility Service | | | | $7,986.78 |
| DeBra Kuempel P.O. Box 701620 Cincinnati, OH 45270 | | Trade Debt | | | | $12,319.76 |
| DirectTV P.O. Box 5006 Carol Stream, IL 60197-5006 | | Television Services | | | | $1,297.62 |
| Donnellon McCarthy 10855 Medallion Drive Cincinnati, OH 45241 | | Trade Debt | | | | $1,700.00 |

| Debtor | Hilliard Hotels, LLC | | Case number *(if known)* | 2:23-bk-53045 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hilton 755 Crossover Lane Memphis, TN 38117 | | Franchise Fees (Estimated) | Unliquidated Disputed | | | $109,800.63 |
| IGEL 2040 Alum Creek Drive Columbus, OH 43207 | | Negative Account Receivable | | | | $1,343.81 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Corporate and FICA Tax | Disputed | | | $7,199.08 |
| Itria Ventures, LLC 1 Penn Plaza, Suite 3101 New York, NY 10119 | | Merchant Cash Advances | Contingent Unliquidated Disputed | | | $1,334,920.00 |
| Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216 | | Sales Tax | | | | $16,513.83 |
| Ohio Department of Taxation C/O Bankruptcy Division 30 East Broad Street, 21st Floor Columbus, OH 43215 | | August 2023 Hotel Lodging Tax (Estimated) | Unliquidated | | | $16,500.00 |
| Onity, Inc. 4001 Fairview Industrial Drive SE Salem, OR 97302 | | Trade Debt | Disputed | | | $41,840.30 |
| Servicemaster 1524 E. 2nd Street Dayton, OH 45403 | | Trade Debt | | | | $3,000.00 |
| Sysco - Cincinnati 10510 Evendale Drive Cincinnati, OH 45241 | | Trade Debt | | | | $7,494.47 |
| U.S. Small Business Administration 200 W. Santa Boulevard, Suite 740 Santa Ana, CA 92701 | | Economic Injury Disaster Loan | | | | $2,325,327.06 |

| Debtor | Hilliard Hotels, LLC | | Case number *(if known)* | 2:23-bk-53045 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilson Memorial Hospital**<br>**915 West Michigan Street**<br>**Sidney, OH 45365** | | **Negative Account Receivable** | | | | $2,472.17 |